UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL THRASHER,

        Plaintiff,

   v.

LARRY GARLAND,

        Defendant.

CASE NO.   C06-5496RBL-KLS

ORDER

The Court, having reviewed defendant's motion to dismiss (Dkt. #27), the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) Plaintiff has moved for an Extension of Time to Respond to the Motion to Dismiss [Dkt. #35]. However, the record reflects that plaintiff filed a response in opposition to defendant's motion to dismiss on August 13, 2007, consisting of a memorandum and 70 pages of exhibits. [Dkt. #28]. The Magistrate Judge, in her Report and Recommendation, specifically referred to plaintiff's response. Therefore, plaintiff's motion for an extension of time [Dkt. #35] is **DENIED**.

(2) The Court adopts the Report and Recommendation.

(3) Defendant's motion is GRANTED.

(4) Plaintiff's complaint is hereby DISMISSED without prejudice for failure to exhaust his administrative remedies.

ORDER
Page - 1

(5) The Clerk is directed to send copies of this Order to plaintiff, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 12th day of October, 2007.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2