# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL THRASHER

JUDGMENT IN A CIVIL CASE

v.

LARRY GARLAND

CASE NUMBER: C06-5496RBL/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

The Defendant's motion is GRANTED; and

Plaintiff's complaint is hereby DISMISSED without prejudice for failure to exhaust his administrative remedies

October 15, 2007             BRUCE RIFKIN
Date                                       Clerk

                                                           *s/CM Gonzalez*
                                                           Deputy Clerk